PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

FILED
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 1 4 2007

**Plaintiff(s):** MARKUS CRAWFORD

**Defendant(s):** MICHEAL SHEAHAN, etc., et al.

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**
Markus Crawford
N-30639
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**

07cv7041
JUDGE ASPEN
MAG. JUDGE BROWN

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 12/14/2007

Aspen   96C2439
needs Mag. jd.