F I L E D

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

DEC 1 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

DEC 1 4 2007

MARKUS CRAWFORD, pro se,
    Plaintiff

v.

MICHEAL SHEAHAN, et al.,
    Defendant(s)

07cv7041
JUDGE ASPEN
MAG. JUDGE BROWN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Markus Crawford, pro se**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # **N-30639**  Name of prison or jail: **Pontiac Correctional Center**
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: **$15.00**

2. Are you currently employed?  ☐Yes  ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: **during the year of 2002**
      Monthly salary or wages: **$30.00**
      Name and address of last employer: **Logan Correctional Center.**

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount _____  Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐ Yes ☒ No
Amount_____ Received by_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐ Yes ☒ No
Amount_____ Received by_____

e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
Amount_____ Received by_____

f. ☐ Any other sources (state source:_____) ☐ Yes ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No   Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐ Yes ☒ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐ Yes ☒ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11-25-07_   _Markus Crawford_
                              Signature of Applicant

                              _Markus Crawford_
                              (Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _Marcus Crawford_, I.D.# _N30639_, has the sum of $ _-37.80_ on account to his/her credit at (name of institution) _Pontiac Corr. Center_. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _10.71_.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_12/4/07_                         _Janet Jones_
DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                  _JANET JONES_
                                  (Print name)

rev. 7/18/02

Date: 12/4/2007
Time: 8:50am
d_list_inmate_trans_statement_composite

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/04/2007 thru End; Inmate: N30639; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N30639 Crawford, Marcus**  **Housing Unit: PON-SP-07-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.02 |
| 06/07/07 | Payroll | 20 Payroll Adjustment | 158120 | | P/R month of 05/2007 | 9.25 | 9.27 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 504856, DOC - Library Copies, Inv. Date: 04/12/2007 | -.60 | 8.67 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 507293, DOC - Library Copies, Inv. Date: 05/09/2007 | -.20 | 8.47 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 506599, DOC - Library Copies, Inv. Date: 05/03/2007 | -.10 | 8.37 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 509297, DOC - Library Copies, Inv. Date: 06/01/2007 | -.50 | 7.87 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 505321, DOC - Library Copies, Inv. Date: 04/18/2007 | -.45 | 7.42 |
| 06/14/07 | Disbursements | 84 Library | 165320 | Chk #63451 | 506401, DOC - Library Copies, Inv. Date: 05/01/2007 | -.25 | 7.17 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 509007, DOC: 523 Fund Reimburs, Inv. Date: 05/29/2007 | -2.00 | 5.17 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 504661, Pitney Bowes Bank, Inc, Inv. Date: 04/10/2007 | -1.59 | 3.58 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 504716, Pitney Bowes Bank, Inc, Inv. Date: 04/11/2007 | -.87 | 2.71 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 509506, Pitney Bowes Bank, Inc, Inv. Date: 06/04/2007 | -.41 | 2.30 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 509507, Pitney Bowes Bank, Inc, Inv. Date: 06/04/2007 | -.41 | 1.89 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 505235, Pitney Bowes Bank, Inc, Inv. Date: 04/17/2007 | -.39 | 1.50 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 504957, Pitney Bowes Bank, Inc, Inv. Date: 04/12/2007 | -.39 | 1.11 |
| 06/14/07 | Disbursements | 81 Legal Postage | 165320 | Chk #63453 | 507175, Pitney Bowes Bank, Inc, Inv. Date: 05/08/2007 | -1.11 | .00 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194120 | | P/R month of 06/2007 | 10.00 | 10.00 |
| 07/13/07 | Disbursements | 84 Library | 194320 | Chk #63671 | 511944, DOC: Library Copies, Inv. Date: 07/03/2007 | -.35 | 9.65 |
| 07/13/07 | Disbursements | 84 Library | 194320 | Chk #63671 | 510346, DOC: Library Copies, Inv. Date: 06/13/2007 | -1.80 | 7.85 |
| 07/13/07 | Disbursements | 84 Library | 194320 | Chk #63671 | 510819, DOC: Library Copies, Inv. Date: 06/19/2007 | -.30 | 7.55 |
| 07/13/07 | Disbursements | 84 Library | 194320 | Chk #63671 | 511200, DOC: Library Copies, Inv. Date: 06/25/2007 | -.10 | 7.45 |
| 07/13/07 | Disbursements | 84 Library | 194320 | Chk #63671 | 512064, DOC: Library Copies, Inv. Date: 07/05/2007 | -.30 | 7.15 |
| 07/13/07 | Disbursements | 84 Library | 194320 | Chk #63671 | 510926, DOC: Library Copies, Inv. Date: 06/20/2007 | -.10 | 7.05 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 512109, Pitney Bowes Bank, Inc, Inv. Date: 07/05/2007 | -.58 | 6.47 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 510485, Pitney Bowes Bank, Inc, Inv. Date: 06/14/2007 | -1.48 | 4.99 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 511508, Pitney Bowes Bank, Inc, Inv. Date: 06/27/2007 | -2.67 | 2.32 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 511974, Pitney Bowes Bank, Inc, Inv. Date: 07/05/2007 | -.41 | 1.91 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 511973, Pitney Bowes Bank, Inc, Inv. Date: 07/05/2007 | -.41 | 1.50 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 510494, Pitney Bowes Bank, Inc, Inv. Date: 06/14/2007 | -.58 | .92 |
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 511154, Pitney Bowes Bank, Inc, Inv. Date: 06/22/2007 | -.41 | .51 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 12/4/2007 | | | Pontiac Correctional Center | | | Page 2 |
| Time: | 8:50am | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA -  Date: 06/04/2007 thru End;    Inmate: N30639;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: N30639 Crawford, Marcus**  **Housing Unit: PON-SP-07-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 07/13/07 | Disbursements | 81 Legal Postage | 194320 | Chk #63713 | 511153, Pitney Bowes Bank, Inc, Inv. Date: 06/22/2007 | -.41 | .10 |
| 08/13/07 | Payroll | 20 Payroll Adjustment | 225120 | | P/R month of 07/2007 | 10.00 | 10.10 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 513714, DOC - Library Copies, Inv. Date: 07/25/2007 | -.10 | 10.00 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 514179, DOC - Library Copies, Inv. Date: 07/31/2007 | -.25 | 9.75 |
| 08/15/07 | Disbursements | 90 Medical Co-Pay | 227320 | Chk #64056 | 514286, DOC: 523 Fund Inmate R, Inv. Date: 08/01/2007 | -2.00 | 7.75 |
| 08/15/07 | Disbursements | 81 Legal Postage | 227320 | Chk #64057 | 514985, Pitney Bowes Bank, Inc, Inv. Date: 08/10/2007 | -.41 | 7.34 |
| 08/15/07 | Disbursements | 81 Legal Postage | 227320 | Chk #64057 | 513629, Pitney Bowes Bank, Inc, Inv. Date: 07/24/2007 | -.41 | 6.93 |
| 08/15/07 | Disbursements | 81 Legal Postage | 227320 | Chk #64057 | 511509, Pitney Bowes Bank, Inc, Inv. Date: 06/27/2007 | -5.05 | 1.88 |
| 08/15/07 | Disbursements | 81 Legal Postage | 227320 | Chk #64057 | 514105, Pitney Bowes Bank, Inc, Inv. Date: 07/31/2007 | -.41 | 1.47 |
| 08/15/07 | Disbursements | 81 Legal Postage | 227320 | Chk #64057 | 514104, Pitney Bowes Bank, Inc, Inv. Date: 07/31/2007 | -.41 | 1.06 |
| 09/12/07 | Payroll | 20 Payroll Adjustment | 255120 | | P/R month of 08/2007 | 10.00 | 11.06 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 514752, Pitney Bowes Bank, Inc, Inv. Date: 08/08/2007 | -5.05 | 6.01 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 515834, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2007 | -4.60 | 1.41 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 515846, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2007 | -.41 | 1.00 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 515847, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2007 | -.41 | .59 |
| 09/13/07 | Disbursements | 81 Legal Postage | 256320 | Chk #64306 | 515848, Pitney Bowes Bank, Inc, Inv. Date: 08/21/2007 | -.41 | .18 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 515900, DOC: Library Copies, Inv. Date: 08/21/2007 | -.05 | .13 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 515901, DOC: Library Copies, Inv. Date: 08/21/2007 | -.10 | .03 |
| 10/05/07 | Payroll | 20 Payroll Adjustment | 278120 | | P/R month of 09/2007 | 10.00 | 10.03 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 515907, DOC - Library Copies, Inv. Date: 08/21/2007 | -2.70 | 7.33 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 516118, DOC - Library Copies, Inv. Date: 08/23/2007 | -.10 | 7.23 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518842, DOC - Library Copies, Inv. Date: 09/26/2007 | -.45 | 6.78 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518803, DOC - Library Copies, Inv. Date: 09/26/2007 | -.20 | 6.58 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 517518, DOC - Library Copies, Inv. Date: 09/11/2007 | -1.10 | 5.48 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518666, Pitney Bowes Bank, Inc, Inv. Date: 09/25/2007 | -.58 | 4.90 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 516005, Pitney Bowes Bank, Inc, Inv. Date: 08/22/2007 | -.58 | 4.32 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 516063, Pitney Bowes Bank, Inc, Inv. Date: 08/23/2007 | -.41 | 3.91 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518729, Pitney Bowes Bank, Inc, Inv. Date: 09/26/2007 | -.41 | 3.50 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517436, Pitney Bowes Bank, Inc, Inv. Date: 09/11/2007 | -2.67 | .83 |

Date: 12/4/2007
Time: 8:50am
d_list_inmate_trans_statement_composite

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 06/04/2007 thru End;   Inmate: N30639;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N30639 Crawford, Marcus**                    **Housing Unit: PON-SP-07-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517452, Pitney Bowes Bank, Inc, Inv. Date: 09/11/2007 | -.41 | .42 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517453, Pitney Bowes Bank, Inc, Inv. Date: 09/11/2007 | -.41 | .01 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312120 | | P/R month of 10/2007 | 15.00 | 15.01 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 519793, DOC - Library Copies, Inv. Date: 10/10/2007 | -1.00 | 14.01 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 519450, DOC - Library Copies, Inv. Date: 10/03/2007 | -.20 | 13.81 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521859, DOC - Library Copies, Inv. Date: 11/01/2007 | -.20 | 13.61 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 514857, DOC - Library Copies, Inv. Date: 08/08/2007 | -10.05 | 3.56 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 519647, Pitney Bowes Bank, Inc, Inv. Date: 10/09/2007 | -.41 | 3.15 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 518968, Pitney Bowes Bank, Inc, Inv. Date: 09/27/2007 | -.41 | 2.74 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 519506, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -.41 | 2.33 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 519648, Pitney Bowes Bank, Inc, Inv. Date: 10/09/2007 | -.41 | 1.92 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 521041, Pitney Bowes Bank, Inc, Inv. Date: 10/23/2007 | -.41 | 1.51 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 520598, Pitney Bowes Bank, Inc, Inv. Date: 10/18/2007 | -1.31 | .20 |

|  |  |
|---|---|
| Total Inmate Funds: | .20 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 38.00 |
| Funds Available: | -37.80 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/28/2007 | 511569 | Disb | Library | 2 DOC: 523 Fund Library | $16.25 |
| 09/06/2007 | 517127 | Disb | Library | 2 DOC: 523 Fund Library | $9.55 |
| 09/11/2007 | 517437 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $5.05 |
| 10/19/2007 | 520865 | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 11/02/2007 | 521964 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/02/2007 | 522037 | Disb | Library | 2 DOC: 523 Fund Library | $1.10 |
| 11/06/2007 | 522209 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.92 |
| 11/06/2007 | 522210 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.92 |
| 11/06/2007 | 522211 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $1.14 |
| 11/06/2007 | 522273 | Disb | Library | 2 DOC: 523 Fund Library | $0.55 |

Date: 12/4/2007  Case 1:07-cv-07041  Document 3  Filed 12/14/2007  Page 7 of 8
Time: 8:50am
d_list_inmate_trans_statement_composite

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

Page 4

REPORT CRITERIA - Date: 06/04/2007 thru End;   Inmate: N30639;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N30639 Crawford, Marcus**  **Housing Unit: PON-SP-07-06**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/08/2007 | 522450 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
| 11/14/2007 | 522846 | Disb | Library | 2 DOC: 523 Fund Library | $0.45 |
| | | | | **Total Restrictions:** | **$38.00** |

IN THE

<u>UNITED STATES DISTRICT COURT</u>

<u>NORTHERN DISTRICT OF ILLINOIS</u>
<u>EASTERN DIVISION</u>

<u>Markus Crawford</u>     )
Plaintiff/Petitioner     )
                         )
         Vs.             )          No. _____
                         )
<u>Sheriff of Cook County et.al.</u> )
Defendant/Respondent     )

### PROOF/CERTIFICATE OF SERVICE

TO: <u>Fed. clerk: M. W. Dobbins</u>     TO: _____
<u>219 S. Dearborn ST.</u>               _____
<u>Chgo. IL. 60604</u>                    _____

PLEASE TAKE NOTICE that on <u>12-10</u>, 200<u>7</u>, I placed the documents listed below in the institutional mail at <u>Pontiac</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Original and copy for the court,</u> <u>Three copies for defendants: (5) Plaintiffs 1983</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: <u>12-10-07</u>         /s/ <u>Markus Crawford</u>
                              Name: <u>Markus Crawford</u>
                              IDOC No. <u>N30679</u>
                              <u>Pontiac</u> Correctional Ctr.
                              POB <u>99</u>
                              <u>Pontiac</u>, IL <u>61764</u>

<u>Attached to 1983; In forma pauperis</u>
<u>Exhibit A</u>