

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 14 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DEC 14 2007

MARKUS CRAWFORD, pro se,

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

ALR

FILED

DECEMBER 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

vs.

07cv7041
JUDGE ASPEN
MAG. JUDGE BROWN

MICHEAL SHEAHAN, former Sheriff

of Cook County, in his individual

capacity;

COOK COUNTY, ILLINOIS;

JANE/JOHN DOE, Director of Cermak

Health Care Services, in his or
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")
her individual capacity.
CHECK ONE ONLY:

___X___    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
           U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

    A.    Name: <u>MARKUS CRAWFORD</u>

    B.    List all aliases: _____

    C.    Prisoner identification number: <u>N-30639</u>

    D.    Place of present confinement: <u>PONTIAC CORRECTIONAL CENTER</u>

    E.    Address: <u>P.O. BOX 99, PONTIAC, ILLINOIS 61764</u>

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: <u>MICHEAL SHEAHAN</u>

           Title: <u>former Sheriff of Cook County.</u>

           Place of Employment: <u>2600 So. California Ave., Chicago, Illinois (60608)</u>

    B.    Defendant: <u>COOK COUNTY, ILLINOIS.</u>

           Title: _____

           Place of Employment: _____

    C.    Defendant: <u>JANE/JOHN DOE</u>

           Title: <u>Director of Cermak Health Care Services</u>

           Place of Employment: <u>Cermak Health Care Services, 2856 S. Cermak, Chicago, Illinois 60608</u>

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**   (Does not apply)

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

          YES ( )   NO ( )   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

          YES ( )   NO ( )

    C.    If your answer is **YES**:

        1.    What steps did you take?

        2.    What was the result?

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D.    If your answer is **NO**, explain why not:

Revised.  7/20/05

E. Is the grievance procedure now completed?  YES ( )  NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G. If your answer is **YES**:

   1. What steps did you take?
   _____
   _____
   _____

   2. What was the result?
   _____
   _____
   _____

H. If your answer is **NO**, explain why not:
_____
_____
_____

Revised. 7/20/05