## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Marcus Crawford, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7041 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin Aspen |
| Michael Sheahan et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT'S MOTION TO VACATE ANY TECHNICAL DEFAULTS AND FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME DEFENDANTS Sheriff Michael F. Sheahan, and County of Cook, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Francis J. Catania, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1) Assistant State's Attorney Francis J. Catania was assigned this case the week of April 14, 2008.

2) Plaintiff has alleged violations of his constitutional rights against the Sheriff of Cook County and other persons working at the Cook County Department of Corrections.

3) Service of process was apparently made on March 25, 2008 when a copy of the complaint was served, not upon any individuals, but rather upon the Office of the Sheriff.

4) A clerk's entry on or about March 31, 2008 required that the answer by defendants be made by April 14, 2008.

5) The entry by the clerk was not apparent to the undersigned due to email and scheduling errors and therefore the answer or other pleading was not filed, although an appearance was filed on behalf of the defendants making this motion.

1

6) The undersigned has been otherwise occupied with other matters including Trial preparation in Hines v. Weres, 05 L 14042 and preparation for mediation in Dineen v. Romito 02 L 15683.

7) Certain documents are necessary to prepare a proper answer or other pleading to Plaintiffs allegations. These documents have been requested but have not yet been received.

8) The date for answer has technically passed even before counsel for the defendants has had an opportunity to conduct preliminarily investigation.

9) Additional time to answer or otherwise plead is needed and granting of such relief will not prejudice the plaintiff.

**WHEREFORE DEFENDANTS Michael Sheahan and Cook County pray**:

1. That this Honorable Court vacate any technical defaults;

2. Grant an enlargement of time, up to and including May 14, 2008 for the served Defendants to obtain information and answer or otherwise plead;

3. Grant any other relief deemed just.

        Respectfully Submitted,

        RICHARD A. DEVINE
        State's Attorney of Cook County

    By:   /s/ Francis J. Catania
        Francis J. Catania, Attorney for Defendants

RICHARD A. DEVINE
FRANCIS J. CATANIA **ARDC# 6203188**
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

2