UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Markus Crawford
        Plaintiff,

v.             Case No.: 1:07–cv–07041
              Honorable Marvin E. Aspen

Micheal Sheahan, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

  MINUTE entry before Judge Honorable Marvin E. Aspen dated 4/22/08:Defendant's Motion to vacate any technical defaults and for an extension of time [9], up to and including 5/14/08, in which to answer or otherwise plead is granted. Motion terminated. Status hearing is set for 6/3/2008 at 10:30 AM. The motion hearing set for 4/24/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.