### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Marcus Crawford, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7041 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin Aspen |
| Michael Sheahan et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S FOR AN ENLARGEMENT OF TIME TO OTHERWISE PLEAD

NOW COME DEFENDANTS Sheriff Michael F. Sheahan, and County of Cook, by their attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Francis J. Catania, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

1)      Assistant State's Attorney Francis J. Catania was assigned this case the week of April 14, 2008.

2)      Plaintiff has alleged violations of his constitutional rights against the Sheriff of Cook County and other persons working at the Cook County Department of Corrections.

3)      Initial investigation required the undersigned to examine opt-outs filed in the case *Jackson v. Sheriff*, 06 CV 493, which though not voluminous, had been archived off site and not available until May 12, 2008.

4)      The court graciously allowed defendants time until May 14, 2008 to conduct this investigation and file an appropriate motion or otherwise plead.

5)      The undersigned was involved in oral argument in the same Jackson case on a post settlement motion on May 13 and 14, 2008 and was unable to complete the motion

in a timely fashion.

6)       Documents requested regarding the Plaintiff in this case have not yet been received because they are from 2005.

7)       Additional time to answer or otherwise plead is needed and granting of such relief will not prejudice the plaintiff.

**WHEREFORE DEFENDANTS Michael Sheahan and Cook County pray**:

1.     That this court find that any neglect by Defendants or the undersigned in missing the deadline of May 14, 2008 is excused due to the lack of receipt of the old records referred to above;

2.     That this Honorable Court grant an enlargement of time, up to and including May 30, 2008 for the defendants to answers or otherwise plead; and

3.     Grant any other relief deemed just.

                                        Respectfully Submitted,

                                        RICHARD A. DEVINE
                                        State's Attorney of Cook County

                        By:     /s/ Francis J. Catania
                                Francis J. Catania, Attorney for Defendants

RICHARD A. DEVINE
FRANCIS J. CATANIA **ARDC# 6203188**
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

2