UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Marcus Crawford, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7041 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Marvin Aspen |
| Michael Sheahan et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    SERVICE LIST

PLEASE TAKE NOTICE that on May 22, 2008 at 10:30 a.m., I shall appear before the Honorable Judge Marvin Aspen in the courtroom usually occupied by him, Room 2568 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached MOTION BY DEFENDANTS FOR AN ENLARGMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.

                RICHARD A. DEVINE
                State's Attorney of Cook County

      By:    /s/ Francis J. Catania
              Francis J. Catania, Attorney for Defendants

RICHARD A. DEVINE
FRANCIS J. CATANIA **ARDC# 6203188**
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

CERTIFICATE OF SERVICE

I, Francis J. Catania, Assistant State's Attorney, certify that I served this notice and referenced motion attached in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois & pursuant to LR 5.9 some parties are not ECF filing users and have been served with this notice and motion by U.S. Mail (see service List).

                /s/ Francis J. Catania
              Francis J. Catania, Attorney for Defendants

## SERVICE LIST

Markus Crawford
N 30639
Pontiac Correctional Center
P.O. Box 99
Pontiac IL 61764