UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Markus Crawford
       Plaintiff,

v.               Case No.: 1:07−cv−07041
               Honorable Marvin E. Aspen

Micheal Sheahan, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 5/16/08:Defendants' Motion for extension of time [12] in which to answer or otherwise plead, up to and including 5/30/08 is granted. Motion terminated. The status hearing set for 6/3/08 at 10:30 a.m. to stand. The motion hearing set for 5/22/08 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.