# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Markus Crawford

      Plaintiff,

v.             Case No.: 1:07−cv−07041
             Honorable Marvin E. Aspen

Micheal Sheahan, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

  MINUTE entry before the Honorable Marvin E. Aspen dated 6/3/08:The plaintiff is to respond to defendants' motion to dismiss [16] the complaint on or before 6/26/2008. The defendants are to reply by 7/8/2008. The status hearing set for 6/19/08 is stricken. Ruling is set for 8/14/2008 at 10:30 AM. The motion hearing set for 6/12/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.