UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Markus Crawford, pro se,
Plaintiff

vs

Michael Sheahan, et. al.,
Defendants

Case No. 07 C 7041

FILED
JUL 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff's Motion For Leave to File An Amended Complaint, Enlargement of Time, And To Stay Proceedings:**

Now comes the plaintiff Markus Crawford, pro se, and pursuant to Rule 15(A)+(b) And Rule 6(b) of the F.R.C.P. I state as follows:

1) Pending before the court is defendants motion to dismiss plaintiff's complaint.

2) On 6-23-08 plaintiff filed a responsive motion to the defendants and the defendants motion/reply is due by 7-8-08.

3) Plaintiff seeks to amend my response to the defendants motion with my amended complaint, which I'm preparing to conform to the evidence.

4) I request humbly of the court to grant me leave to amend my complaint, and to stay the proceedings on the defendants motion to dismiss pending the filing of my amended complaint.

5) Due to my restraints of imprisonment, I humbly request the court of a reasonable enlargement of time to file my amended complaint in response to the defendants motion to dismiss.

• Wherefore: For the foregoing reasons, plaintiff humbly request the court to this motion in all respects.

Respectfully Submitted
Markus Crawford

(1)

IN THE
__United States District Court__
__Northern District of Illinois Eastern__
__Division__

__Markus Crawford__
Plaintiff/Petitioner

Vs.

__Michael Sheahan et al__
Defendant/Respondent

No. __07 C 7041__

## PROOF/CERTIFICATE OF SERVICE

TO: __Clerk of Court__
__% Prisoner Correspondent__
__219 S. Dearborn__
__Chgo. IL 60604__

TO: __Atty. Francis J. Catania__
__500 Richard J. Daley Center__
__Chgo. IL 60602__

PLEASE TAKE NOTICE that on __7/1__, 200__8__, I placed the documents listed below in the institutional mail at __Pontiac__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service __the original and Two(2) copies of plaintiff's motion for leave to file amended complaint, enlargement of time to stay proceedings, plus one (1) copy to defendants atty.__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: __7/1/08__

/s/ __Markus Crawford__
Name: __Markus Crawford__
IDOC No. __N30639__
__Pontiac__ Correctional Ctr.
POB __99__
__Pontiac__, IL __61764__