# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7041 | **DATE** | July 14, 2008 |
| **CASE TITLE** | Crawford ((N-30639) vs. Sheahan, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file an amended complaint, enlargement of time, and to stay proceedings [24] is granted in part and denied in part. Plaintiff's motion to amend his complaint is denied, with leave to renew. If Plaintiff wishes to amend, he must submit a renewed motion, accompanied by the proposed amended complaint. Plaintiff's motion for an enlargement of time to file a motion for leave to file an amended complaint is granted. Plaintiff is granted 30 days from the date of this order to submit a motion for leave to amend and his amended complaint. The amended complaint must be on the forms required under Local Rule 81.1 (N.D. Ill.). The Clerk is directed to send the plaintiff an amended civil rights complaint form and instructions for filing, along with a copy of this order. Plaintiff's motion for a stay on the ruling of the motion to dismiss is granted. If Plaintiff fails to properly file for leave to file an amended complaint within 30 days from the date of this order, the Court will proceed on the pending motion to dismiss. The status hearing scheduled for August 14, 2008, is stricken and is reset to October 2, 2008, at 10:30 a.m.

*/s/ Marvin E. Aspen*

■ [ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

     Plaintiff, Markus Crawford, currently an inmate at Pontiac Correctional Center, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendants, the County of Cook, the Sheriff of Cook County, and the Chief Operating Officer of Cermak Health Services, violated Plaintiff's constitutional rights by subjecting him to a non-consensual insertion of a swab into his penis. Defendants filed a motion to dismiss which has just become fully briefed. Plaintiff now moves for leave to file an amended complaint, an enlargement of time to file the amended complaint, and to stay the proceedings (the ruling on the pending motion to dismiss).

     Plaintiff's motion first seeks leave to file an amended complaint. However, Plaintiff did not include the proposed amended complaint with his motion. Therefore, Plaintiff's motion to amend his complaint is denied, with leave to renew. If Plaintiff wishes to amend, he must submit a renewed motion, accompanied by the proposed amended complaint.

     Plaintiff's motion for an enlargement of time to file a motion for leave to file an amended complaint is granted. Plaintiff is granted 30 days from the date of this order to submit a motion for leave to amend and his amended complaint. The amended complaint must be on the forms required under Local Rule 81.1 (N.D. Ill.). The Clerk is directed to send the plaintiff an amended civil rights complaint form and instructions for

**STATEMENT**

filing, along with a copy of this order.

Furthermore, in light of the possibility of the filing of an amended complaint to address issues related to the pending motion to dismiss, Plaintiff's motion for a stay on the ruling of the motion to dismiss is granted. The Court will stay ruling on the pending motion to dismiss. However, if Plaintiff fails to properly file for leave to file an amended complaint within 30 days from the date of this order, the Court will proceed on the pending motion to dismiss.

The status hearing scheduled for August 14, 2008, is stricken and is reset to October 2, 2008, at 10:30 a.m.