# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Marvin E. Aspen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7041 | **DATE** | August 14, 2008 |
| **CASE TITLE** | Crawford (N-30639) vs. Sheahan, et al. | | |

**DOCKET ENTRY TEXT**

In light of Plaintiff's amended complaint [26], Defendants' motion to dismiss [16] is denied as moot. Defendants' responsive pleading to the amended complaint is to be filed within 21 days of this Order. Plaintiff's motion to strike Defendants' motion to dismiss [21] is construed as Plaintiff's response to Defendants' motion to dismiss. The Clerk is directed to terminate it as a motion. A status hearing is set for 9/18/08 at 10:30 a.m.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

     Plaintiff, Markus Crawford, currently an inmate at Pontiac Correctional Center, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that Defendants violated Plaintiff's constitutional rights by subjecting him to a non-consensual insertion of a swab into his penis. Defendants filed a motion to dismiss which is now fully briefed. Prior to the Court ruling on the motion to dismiss, Plaintiff moved for leave to file an amended complaint, for an enlargement of time to file the amended complaint, and to stay the proceedings (the ruling on the pending motion to dismiss). On July 14, 2008, the Court granted Plaintiff's motion to stay the proceeding and allowed Plaintiff 30 days to file an amended complaint with a motion for leave to file an amended complaint.

     Plaintiff has timely filed an amended complaint but did not include a motion for leave to file an amended complaint. In light of Plaintiff's *pro se* status, and taking into consideration that Plaintiff previously filed a motion for leave to amend, the Court will allow the amended complaint to be filed. In light of the amended complaint on file, Defendants' motion to dismiss is denied as moot. Defendants' responsive pleading to the amended complaint is to be filed within 21 days of this Order.