UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARKUS CRAWFORD,                                )<br>                                                                      )<br>        Plaintiff,                                          )<br>                                                                      )<br>        v.                                                       )<br>                                                                      )<br>MICHAEL F. SHEAHAN, former            )<br>Sheriff of Cook County, in his individual    )<br>Capacity;                                                     )<br>COOK COUNTY, ILLINOIS;                    )<br>John / Jane Doe, Director of Cermak Health )<br>Care Services, in his or her individual        )<br>capacity,                                                     )<br>        Defendants.                                       ) | No. 07 C 7041<br>Honorable U.S. District<br>Judge Marvin E. Aspen |

### NOTICE OF FILING

To:    SERVICE LIST

PLEASE TAKE NOTICE that on September 4, 2008, I caused to be filed with the Clerk of Court for the Honorable Judge Marvin E. Aspen in the courtroom usually occupied by him, Room 2568 of the United States District Court, Northern District of Illinois, 219 S. Dearborn, Chicago, IL, this notice and the attached **DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT.**

                                                            RICHARD A. DEVINE
                                                            State's Attorney of Cook County

                                    By:      /s/ Francis J. Catania
                                                            Francis J. Catania, Attorney for Defendant
                                                            Sheriff of Cook County

RICHARD A. DEVINE
FRANCIS J. CATANIA **ARDC# 6203188**
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARKUS CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 7041 |
| | ) | Honorable U.S. District |
| MICHAEL F. SHEAHAN, former | ) | |
| Sheriff of Cook County, in his individual | ) | Judge Marvin E. Aspen |
| Capacity; | ) | |
| COOK COUNTY, ILLINOIS; | ) | |
| John / Jane Doe, Director of Cermak Health | ) | |
| Care Services, in his or her individual | ) | |
| capacity, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Francis J. Catania, Assistant State's Attorney, certify that I served this notice and referenced Reply attached in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois & pursuant to LR 5.9 some parties are not ECF filing users and have been served with this notice and motion by U.S. Mail (see service List).

    /s/ Francis J. Catania
Francis J. Catania, Attorney for Defendants

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

## SERVICE LIST

Markus Crawford, N 30639
Pontiac Correctional Center
P.O. Box 99
Pontiac IL 61764