

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Markus Crawford  )
)  Case Number: 07 C 7041
V.  )
)
Defendant(s) Michael Sheahan Et. Al.  )  Judge: Marvin Aspen
)

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Markus Crawford, declare that I am the (check appropriate box)
   [ ] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: Please see attached letters to Attys.

3. In further support of my motion, I declare that (check appropriate box):
   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Markus Crawford                              P.O. Box 99
Movant's Signature                            Street Address

8-25-08                                       Pontiac, IL. 61764
Date                                          City, State, ZIP

FILED
Sep 9, 2008 LCW
SEP 0 9 2008
SEP 09 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

DOES NOT APPLY

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

4-29-08

To: Mr. David Heyen/Atty. At Law
From: Mr. Markus Crawford
RE: Legal Rep.

Sir,

I have a case before Judge M. Aspen in the U.S.D.C. - (N.D.) —
Markus Crawford v. Micheal Sheahan et. al.
Case 07 C 7041 —
A case that stems from —
Jackson v. Sherriff of Cook County et. al.
Case No. 06 C 0493 —
Which I "opted out" of.

It's best for an Atty. to handle such matters, so that one can expedite a settlement and bypass the bullshit new lawyers have to go through.

If your intrested, please let me know A.S.A.P. — to stop the searches for Attys.

Thanks for your time

Markus Crawford

To: Ms. Sandy N. Isaacson/Atty. At Law
From: Mr. Markus Crawford
Re: Legal Assistance

5-8-08

Hi!,

I have a case in Fed. Ct. (Markus Crawford v. Michael Sheahan et. al. ● Case No. 07-C-07041) A case that stems from (Jackson v. Sheriff of Cook County et. al. Case No. 06-C-0493) A case that I "opted out" of.

At this point, to expedite my objective "Settlement" I say that, "An Atty. presence would ensure this!"

If you're interested, please let me know A.S.A.P., so that I can stop writing Attys. for assistance.

Thanks for your time
Markus Crawford N30639

To: Ms. Ashley A. Jacobs  
From: Mr. Markus Crawford  
Re: Legal Assistance

5-8-08

Hi;

I have a case in Fed. Ct. (Markus Crawford v. Micheal Sheahan Et. Al. • Case No. 07-C-0741) A case that stems from ———  
(Jackson v. Sheriff of Cook County Et. Al. • Case No. 06-C-0493)  
A case that I "opted out" of.

At this point, to expedite my objective "Settlement" I say that, "An Atty. presence would ensure this!"

If you're intrested, please let me know A.S.A.P., so that I can stop writing Attys. for Assistance.

Thanks for your time  
Markus Crawford N30639

To: Mr. Robert J. Napleton/Atty. At Law  5-19-08
From: Mr. Marlus Crawford
Re: Legal Asst.

Sir,

As you'll read, once you summon the below cases on computer, you'll see that:

The court has stated that: "My case has merit."
"My case stems from a class action case that I opted out of." "The class case has settled."
(Which is what I want to do also, — but not for a hundred bucks, when that "S.O.B." struck me twice, back to back because I didn't flinch like the rest of the guys did — I did flinch the second time.

(SEE Jackson v. Sherriff of Cook County, et. al. case no. 06-C-0493 - (N.D. Ill)) The case I opted out of.
(Marlus Crawford v. Michael Sheahan et. al. case no. 07C 7041 (N.D. Ill))

Thanks for your time
Marlus Crawford

(Defendants)

P.S. I just received another letter requesting another enlargement of time. (Defendants)

6-3-08

To: Ms. Katherine L. Dzik/Atty. At Law
From: Mr. Markos Crawford
Re: Legal Assistance

Hi,

Ma'am, I'm in dire need of legal assistance – A.S.A.P. – for a hearing on the defendants' "Motion to answer on plea to plaintiffs complaint – was scheduled to be heard today.

The presence of an "Atty." will help ~~expedite~~ a settlement (since they already settled) – which is what I want.

I opted out of:
Jackson v. Sheriff of Cook County, et.al, Case No. 06 C 0493 (MAT 24)
See:
Mr. Crawford v. Michael Sheahan, et. al., Case No. 07 C 7041 (N.D. Ill.)

If you want to assist me, please inform the court, defendants, and me.

Thanks for your time

Markos Crawford

P.S. The Class Action Atty. Name is: Mr. Kenneth N. Flaxman
(312) 427-3200
In case you want to ask him something

STATE OF ILLINOIS    )
                     )SS
COUNT Y OF Livingston )

## AFFIDAVIT

I, Marker Crowhers do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

In further support of plaintiffs motion for counsel, plaintiff states the following:

1) The plaintiff's knowledge of Fed. Laws, Rules, and procedures is almost nil.

2) All legal documents filed to this court are documents that were constructed by other Inmates for plaintiff.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this  8  day of  25 , 2008.

_____
Affiant