To: The Honorable Mr. Judge MARVIN ASPEN
From: Mr. Markus Crawford
RE: Mis dated Motion

9-4-08

**LETTER DATED 9/4/08**

**07CV7041**
**Crawford v. Sheahan et al**

Sir,

I'm sending this letter and the one marked (A) to show you that, "These people have stalled this motion for appointment of counsel which was dated for 8-28-08.

The paralegal Ms. Nich and legal services Ms. Clarke told me that, "All I needed was the original and two copies" to send in my motion. Even after I explained to them and showed them, I was still refused copies.

On this day, 9-4-08 A Lt. went and got me two more copies. And this is why the motions are being mailed on 9-4-08 insted of 8-28-08.

Thank you for your time

Mark Crawford N70639

FILED
SEP 9, 2008 CW
SEP 0 9 2008
SEP 09 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

Crawford
N30639
SP 747

I have taken your request to Legal Services who, in turn, pulled case number 07-C-7041 off the computer. On the 26th of August, 2008 you were given the correct amount of copies for your Appointment of Counsel form. Unnecessary copies cannot be made. If you can provide substantiation for the number of copies you are requesting, copies will be made.

Ms. Rich
9/3/08

IN THE
United States District Court
Northern District of Illinois
Eastern Division

Markus Crawford
Plaintiff/Petitioner )
)
)
Vs. )      No. 07C7041
)
Michael Shephern et. Al. )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of Court
219 S. Dearborn
Chgo. IL. 60604
% Prisoners Correspondent

TO: Francis J. Catania/Atty
800 Richard J. Daley Center
Chgo. IL. 60607

PLEASE TAKE NOTICE that on **8-25**, 200**8**, I placed the documents listed below in the institutional mail at **Pontiac** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service **Plaintiffs Motion for Counsel, Original and Three Copies, and Exhibits "Letters to Attys," and Attached Affidavit.**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

**And a copy to defendants Atty.**

DATED: **8-25-08**

/s/ Markus Crawford
Name: Markus Crawford
IDOC No. N30639
**Pontiac** Correctional Ctr.
POB **99**
**Pontiac**, IL **61764**